452 A.2d 49

Commonwealth v. Smith, Appellant.
Petition for Allowance of Appeal Denied March 3, 1983.

Argued April 27, 1982. Steve Peter Leskinen, for appellant; Gerald R. Solomon, District

Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.